# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
### POST OFFICE BOX 2149
### MONTGOMERY, ALABAMA 36102-2149

Chambers of
Ira DeMent
Senior United States District Judge

Telephone
334-954-3680

September 18, 2009

Honorable Bobby R. Baldock, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, DC 20544

Re: Honorable Ira DeMent
United States District Court for the Middle District of Alabama
Calendar Year 2008 Financial Disclosure Report Filing

Dear Judge Baldock:

As requested per your letter of September 10, 2009, the required information is detailed below:

- Part VII page 8, line 76 - "Wachovia Securities" is the name of the financial institution in which the applicable account is maintained.

- Part VII page 9, line 98 - "Wachovia Securities" is the name of the financial institution in which the applicable account is maintained.

Should you have any questions or require additional information to complete the processing of the 2008 report, please call.

Sincerely,

Ira DeMent
Senior United States District Judge

ID:jc

DeMent, Ira

AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| DE MENT, IRA | US DIST COURT, MIDDLE DIST- AL | 08/11/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US DISTRICT JUDGE, SENIOR STAT | ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2008 to 12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| P O BOX 2149 MONTGOMERY, AL 36102-2149 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE | GRANTOR TRUST |
| 2. CO-TRUSTEE | ██████ TRUST |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED
2009 AUG 17 A 10: 41
FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DE MENT, IRA | 08/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. U.S. SAVINGS BOND #1 | B | Interest | K | T | | | | | |
| 2. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 3. Regions Financial Corporation, Common | A | Dividend | J | T | | | | | |
| 4. AL Drinking WFA RVL Bond 4.85% due 8/15/2022 | A | Interest | J | T | | | | | |
| 5. Evergreen Money Market Fund | A | Interest | | | Sold | 01/01 | J | | |
| 6. Sun Life Financial | A | Dividend | J | T | | | | | |
| 7. Capital Income BLDR Fd Cl C | C | Dividend | K | T | | | | | |
| 8. Calamos Growth & Income Fd C | A | Dividend | K | T | | | | | |
| 9. AL State Brd Ed Reid St Tech College | B | Interest | L | T | | | | | |
| 10. AL Bldg Rnvtn Fin Auth Rev Bldg | B | Interest | L | T | | | | | |
| 11. Boaz AL 3.55% 3/1/2013 | B | Interest | L | T | | | | | |
| 12. Eaton Vance Muns TR EV Natl Muni FD | A | Int./Div. | K | T | | | | | |
| 13. Wachovia Money Market Fund | A | Interest | J | T | Buy | 01/01 | J | | |
| 14. Regions Bank Account #1 | A | Interest | | | Closed | 07/20 | L | | |
| 15. IRA #1 | | | | | | | | | |
| 16. Athens First Bank & Tr | A | Interest | | | Redeemed | 1/15 | K | A | |
| 17. Davis New York Venture | A | Dividend | | | Sold | 11/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DE MENT, IRA | 08/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Wachovia Cash/Money Market Fund | A | Interest | J | T | | | | | |
| 19. ...Continued | D | Distribution | | | | | | | |
| 20. Pfizer Inc. | A | Dividend | | | Sold | 11/10 | J | | |
| 21. Royce Fd Total Return Fd | A | Dividend | J | T | | | | | |
| 22. T Rowe Price Blue Chip Grwth Fd | A | Dividend | J | T | | | | | |
| 23. Davis Opportunity Fd Grwth Fd Cl A | A | Dividend | | | Sold | 11/10 | J | | |
| 24. RG Premier Bank | C | Interest | L | T | | | | | |
| 25. Dodge & Cox Intl Stock Fund | A | Dividend | J | T | | | | | |
| 26. Longleaf Partners FDS Trust | A | Dividend | K | T | | | | | |
| 27. Longleaf Partners FDS TR Small Cap | A | Dividend | J | T | | | | | |
| 28. Discover Bank Greenwood DE | B | Interest | K | T | | | | | |
| 29. Highland Bank ST Michael MN | B | Interest | K | T | | | | | |
| 30. Fairholme Fund Fairx | A | Dividend | K | T | Buy | 11/10 | K | | |
| 31. Hartford Captial Appre Fund Class I | A | Dividend | K | T | Buy | 11/10 | K | | |
| 32. Regions Bank Account #2 | B | Interest | | | Closed | 10/20 | M | | |
| 33. Brokerage Account #2 | | | | | | | | | |
| 34. Eaton Vance National Municipals Fund | C | Dividend | L | T | Buy | 08/04 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DE MENT, IRA | 08/11/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Huntsville Madison Co AL Bond 5.0% due 7/1/18 | B | Interest | K | T | | | | | |
| 36. Jefferson CNTY AL Brd ED Bond 4.75% due 2/15/16 | B | Interest | K | T | | | | | |
| 37. Evergreen Reserve Money Market Fund | A | Interest | | | Sold | 01/01 | J | | |
| 38. Athens First Bk & Tr | A | Interest | | | Redeemed | 01/15 | K | A | |
| 39. Evergreen Fixed Hi Yld Cl C | B | Dividend | K | T | | | | | |
| 40. AL Bldg Rnvn 4% | B | Interest | K | T | | | | | |
| 41. Calamos Growth & Income Fd C | A | Dividend | K | T | | | | | |
| 42. Capital Income Bldr Cl C | B | Dividend | K | T | | | | | |
| 43. Franklin Income FD CL C | B | Dividend | K | T | | | | | |
| 44. IndyMac BK 3.3% | A | Interest | | | Buy | 02/06 | K | | |
| 45. ...continued | | | | | Sold | 07/03 | K | | |
| 46. Wachovia Money Market Fund | A | Interest | J | T | Buy | 01/01 | J | | |
| 47. Beneficial Interest in the ███ Trust #1 | | | | | | | | | |
| 48. Regions Bank, Montgomery, AL (formely Amsouth) | | | | | | | | | |
| 49. Income Beneficiary only, no interest in principal | | | | | | | | | |
| 50. U.S. Savings Bonds, Series HH, various maturities | D | Interest | M | T | Redeemed (part) | 11/14 | K | D | |
| 51. Pioneer Tax-Free Income Fund CL Y | E | Dividend | | | Sold | 10/14 | N | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DE MENT, IRA | 08/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   Pioneer Fund Cl Y | B | Dividend | L | T | Buy | 11/26 | J | | |
| 53.   Regions Trust Money Market Account | A | Dividend | J | T | | | | | |
| 54.   AIM Trimark CL I | A | Dividend | J | T | | | | | |
| 55.   Pioneer Mid Cap Value Fund Class | A | Dividend | J | T | | | | | |
| 56.   RMK Mid Cap Growth Fund | | None | J | T | | | | | |
| 57.   Europacific Growth FD CL F | A | Dividend | J | T | Buy | 12/26 | J | | |
| 58.   Vanguard Tax Exempt Fund #42 | A | Interest | M | T | Buy | 10/14 | M | | |
| 59.   ...continued | | | | | Sold (part) | 10/15 | J | | |
| 60.   Tax Exempt BD FD of Amer | A | Interest | M | T | Buy | 10/14 | M | | |
| 61.   ...continued | | | | | Sold (part) | 10/15 | J | | |
| 62.   Regions CD #1 | C | Interest | L | T | | | | | |
| 63.   Regions CD #2 | D | Interest | | | Matured | 07/20 | M | | |
| 64.   Grantor Trust #2 | | | | | | | | | |
| 65.   Davis NY Venture Fd A | A | Dividend | | | Sold | 12/15 | K | C | |
| 66.   Evergreen Equity Indx Cl C | A | Dividend | | | Sold | 12/15 | J | | |
| 67.   Evergreen Money Market Fund | A | Int./Div. | | | Sold | 01/01 | J | | |
| 68.   SunAmerica Funds FOC MLT/CP VL II | | None | | | Sold | 06/23 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DE MENT, IRA | 08/11/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Capital Income BLDR Fd Cl C | A | Dividend | J | T | Sold (part) | 12/29 | J | | |
| 70. Wachovia Money Market Fund | A | Int./Div. | J | T | Buy | 01/01 | J | | |
| 71. IRA #2 | | | | | | | | | |
| 72. Davis NY Venture Fd A | B | Dividend | J | T | | | | | |
| 73. Evergreen Equity Index Fd Cl C | A | Dividend | J | T | | | | | |
| 74. Washington Mutual Investment Fd Cl A | D | Dividend | J | T | | | | | |
| 75. Capital Income Bldr FD CL C (See Note 1) | A | Dividend | J | T | Buy | 01/01 | J | | |
| 76. Cash | B | Distribution | | | | | | | |
| 77. Series HH Bonds | A | Interest | J | T | | | | | |
| 78. Regions Bank Acct #5 (formely Amsouth) | B | Interest | L | T | | | | | |
| 79. Regions CD #4 | D | Interest | M | T | | | | | |
| 80. BROKERAGE ACCOUNT #3 | | | | | | | | | |
| 81. Wachovia Money Market/Sweep Funds | A | Interest | J | T | | | | | |
| 82. Banco Popular NA CD | B | Interest | | | Redeemed | 03/06 | K | | |
| 83. Western Bank PR CD | B | Interest | | | Redeemed | 09/02 | K | | |
| 84. Pinnacle National Bank CD | C | Interest | L | T | | | | | |
| 85. FirstBank PR CD | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DE MENT, IRA | 08/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Flagstar Bank FSB CD | B | Interest | K | T | | | | | |
| 87. Capital One 4.5% | | None | K | T | Buy | 08/27 | K | | |
| 88. Darby Bank 3.5% | B | Interest | K | T | Buy | 03/07 | K | | |
| 89. Discover Bank 3.8% | A | Interest | K | T | Buy | 02/27 | K | | |
| 90. GE Money Bank 5% | | None | L | T | Buy | 10/06 | K | | |
| 91. GE Money BK 4.7% | | None | L | T | Buy | 10/06 | K | | |
| 92. Imperial Cap 3.8% | A | Interest | K | T | Buy | 04/01 | K | | |
| 93. Wachovia BK 4.55% | | None | L | T | Buy | 10/06 | L | | |
| 94. Wachovia BK 5% | | None | K | T | Buy | 07/21 | K | | |
| 95. Wachovia MTG 4.75% | | None | K | T | Buy | 07/21 | K | | |
| 96. Regions CD #6 | C | Interest | M | T | Buy | 9/15 | M | | |
| 97. Brokerage Account #4 | | | | | | | | | |
| 98. Cash/MM | A | Interest | J | T | | | | | |
| 99. Atlantic Southern 4% | | None | L | T | -- Buy | 07/21 | K | | |
| 100. Morgan Stanley 4.05% | | None | K | T | Buy | 10/07 | K | | |
| 101. Royal Bank 4.35% | | None | K | T | Buy | 07/21 | K | | |
| 102. Wachovia BK 4.55% | | None | K | T | Buy | 07/21 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Wachovia MTG 4.55% | | None | L | T | Buy | 07/21 | K | | |
| 104. Regions Bank Acct # 4 (X) | B | Interest | M | T | | | | | |
| 105. Regions Bank Acct # 3 (X) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DE MENT, IRA | 08/11/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1) Part VII, page 8, line 72 - Asset was erroneously left off of prior year report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544